# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-3729-CAS (AGR) | Date | April 27, 2018 |
| Title | Andrew Joshua Salas v. Los Angeles County Superior Courts | | |

| Present: The Honorable | ALICIA G. ROSENBERG, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| Karl Lozada | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| not present | not present |

**Proceedings:** **(IN CHAMBERS): ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE LIFTED**

    Petitioner filed a Petition for Writ of Habeas Corpus ("Petition"). (Dkt. No. 1.) The Petition asserted three grounds for relief: (1) prosecutorial misconduct; (2) ineffective assistance of counsel; and (3) insufficiency of the evidence as to the murder conviction and all three attempted murder convictions. (Petition at 4-5.)

    On May 25, 2017, the District Court found that the Petition was mixed. The grounds for relief were unexhausted with the exception of the subclaim in Ground Three based on insufficiency of the evidence as to the attempted murder of Catarina Strickler. (Dkt. No. 3.) The Court listed Petitioner's options.

    On June 22 and July 17, 2017, Petitioner filed a motion for a stay of proceedings. After briefing, this court issued a report and recommendation on Petitioner's motion for a stay. This court noted that Petitioner had filed a state habeas petition before the California Court of Appeal, which had denied the petition on August 18, 2017 in Case No. B283282. (Dkt. No. 15.)

    On January 18, 2018, the District Court issued an order accepting the recommendation and granting Petitioner's motion for a stay on the following terms and conditions:

    (1)    Petitioner shall file a state petition for writ of habeas corpus before the California Supreme Court that exhausts all of his unexhausted grounds within 30 days after entry of the court's order.

    (2)    Petitioner shall file a Status Report within 60 days after the entry of the court's order. The Status Report shall notify the court of the California Supreme Court case number for the state habeas petition.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-3729-CAS (AGR) | Date | April 27, 2018 |
|---|---|---|---|
| Title | Andrew Joshua Salas v. Los Angeles County Superior Courts | | |

(Dkt. No. 17.)

      Petitioner has not filed a Status Report as of April 27, 2018 and has not otherwise notified the court that he has filed a petition for writ of habeas corpus before the California Supreme Court to exhaust his grounds for relief. A review of the California Supreme Court's online database indicates that no state habeas petition has been filed since denial of a state habeas petition by the California Court of Appeal on August 18, 2017.

      "Even where stay and abeyance is appropriate, the district court's discretion in structuring the stay is limited by the timeliness concerns reflected in AEDPA. A mixed petition should not be stayed indefinitely." *Rhines v. Weber*, 544 U.S. 269, 277 (2005); *Gardner v. Luna*, 668 Fed. Appx. 265, 266 (2016).

      IT IS ORDERED that, on or before ***May 31, 2018***, Petitioner shall show cause, in writing, why the stay should not be lifted and the unexhausted claims dismissed. If, on or before May 31, 2018, Petitioner files a petition for writ of habeas corpus before the California Supreme Court that exhausts the unexhausted claims and files a Status Report in this court, the filings shall be deemed compliance with this order to show cause.

Initials of Preparer    0    0
kl