UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JOSHUA SALAS,<br><br>    Petitioner,<br><br>v.<br><br>NEIL MCDOWELL, Warden,<br><br>    Respondent. | No. CV 17-3729-CAS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus, dismissing the Strickler subclaim of Ground Three with prejudice, and dismissing the remaining claims without prejudice as unexhausted.

DATED: April 14, 2020

                                                              CHRI TINA A. SNYDER<br>                                                              United States District Judge