UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JOSHUA SALAS,<br><br>    Petitioner,<br><br>v.<br><br>NEIL MCDOWELL, Warden,<br><br>    Respondent. | NO. CV 17-3729-CAS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, the Strickler subclaim of Ground Three is dismissed with prejudice, and the remaining claims are dismissed without prejudice as unexhausted.

DATED: April 14, 2020

                                                    CHRISTINA A. SNYDER
                                                    United States District Judge